■ In the Matter of JACK VIGLIOTTI, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [887 NYS2d 907]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered April 6, 2009) to review a determination of re-

spondent. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Hurlbutt, J.P., Centra, Fahey, Peradotto and Gorski, JJ.